UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAIN DUNN,<br><br>          Plaintiff,<br><br>     v.<br><br>JIM'S TOWING SERVICES, INC., et al.,<br><br>          Defendants. | Case No.: 1:15-cv-01055-TLN-BAM<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO CONTINUE DEFENDANTS' MOTION TO DISMISS<br><br>(Doc. 15) |

Following removal of the action to this Court, Defendants Jon Ewert and Jim's Towing Service, Inc. filed a motion to dismiss with prejudice Plaintiff Alain Dunn's claims pursuant to Rule 12(b)(6) or, in the alternative, for a more definite statement pursuant to Rule 12(e). The motion to dismiss is noticed for hearing on August 14, 2015, at 9:00 a.m., before the undersigned.[1]

Currently pending before the Court is Plaintiff's request to continue the motion to dismiss hearing for thirty (30) days to allow him time to retain counsel. (Doc. 15.) Defendants filed a statement of non-opposition on August 3, 2015, and requested that the matter be set for the Court's September 18, 2015 motion calendar. (Doc. 17.)

---

[1] Pursuant to Local Rule 302(c)(21), this case has been referred to the undersigned for all purposes, exclusive of the pretrial conference and trial. (Doc. 14.)

1

Based on the statement of non-opposition and for good cause shown, Plaintiff's request to continue the hearing on Defendants' motion to dismiss is GRANTED. The hearing on Defendants' motion to dismiss is continued to Friday, September 18, 2015, at 9:00 a.m. in Courtroom 8 (BAM). The time to file the opposition to the motion and reply shall comply with Local Rule 230.

IT IS SO ORDERED.

Dated:   **August 5, 2015**              /s/ *Barbara A. McAuliffe*
                                     UNITED STATES MAGISTRATE JUDGE