1  DEAN B. GORDON, State Bar No. 061311)
   LAW OFFICE OF DEAN B. GORDON
2  1220 East Olive Avenue
3  Fresno, Ca 93728
   TEL:   (559) 221-7777         FAX:   (559) 221-6812
4  Email: dean@deangordonlaw.com

5  Attorney for Plaintiff ALAIN DUNN

6
   T. SCOTT BELDEN, State Bar No. 184387
7  T. TODD EGLAND, State Bar No. 240911
   BELDEN BLAINE RAYTIS, LLP
8  5100 California Avenue, Suite 101
9  Bakersfield, California 93309
   TEL: (661) 342-3010         FAX: (661) 695-5866
10 Email: sbelden@beldenblaine.com
   tegland@beldenblaine.com
11
12 Attorneys for Defendants JIM'S TOWING SERVICE,
   INC. dba JIM'S TRUCK REPAIR; and JON EWERT
13

14              IN THE UNITED STATES DISTRICT COURT

15            FOR THE EASTERN DISTRICT OF CALIFORNIA

16
   | ALAIN DUNN, | 1:15-CV-01055-TLN-BAM |
   |---|---|
   | Plaintiff, | STIPULATION AND ORDER TO WITHDRAW DEFENDANTS' 12(B)(6) MOTION TO DISMISS OR IN THE ALTERNATIVE 12(E) MOTION FOR MORE DEFINITE STATEMENT PURSUANT TO FRCP RULE 15, DISMISS PLAINTIFF'S FEDERAL CLAIMS AND CLAIMS AGAINST JON EWERT AS AN INDIVIDUAL, AND REMAND ENTIRE CASE TO FRESNO COUNTY SUPERIOR COURT PURSUANT TO 28 U.S.C. §1447(C) |
   | v. | |
   | JIMS TOWING SERVICE, INC., D.B.A. JIMS TRUCK REPAIR, JON EWERT, and DOES 1-100 and THEIR AGENTS, | |
   | Defendants. | |
   | | Date:            November 5, 2015<br>Time:           2:00 p.m. |

*Dunn v. Jim's Towing Service, et al.*                                         1:15-cv-01055-TLN-BAM

**Stipulation and Order Remanding Entire Case to Fresno County Superior Court**

**STIPULATION AND [PROPOSED] ORDER TO WITHDRAW DEFENDANTS' 12(B)(6) MOTION TO DISMISS OR IN THE ALTERNATIVE 12(E) MOTION FOR MORE DEFINITE STATEMENT PURSUANT TO FRCP RULE 15, DISMISS PLAINTIFF'S FEDERAL CLAIMS, AND REMAND ENTIRE CASE TO FRESNO COUNTY SUPERIOR COURT PURSUANT TO 28 U.S.C. §1447(C)**

WHEREAS, Defendants JIM'S TOWING SERVICE, INC., dba JIM'S TRUCK REPAIR and JON EWERT have filed a Rule 12 (b)(6) motion to dismiss the entire case, or in the alternative, a Rule 12(E) Motion for More Definite Statement Pursuant to Rule 15, which motion was originally scheduled to be heard on August 14, 2015; and

WHEREAS, the Parties previously stipulated and the Court entered its order that the hearing on said motion would be continued to September 18, 2015; and

WHEREAS, the Parties previously stipulated and the Court entered its order that the hearing on said motion would be continued to November 5, 2015; and

WHEREAS, Plaintiff ALAIN DUNN, who was previously in pro per, has retained Attorney Dean B. Gordon to represent him in the within action; and

WHEREAS, the parties, through their counsel, have met and conferred regarding Defendants' pending motion; and

WHEREAS, Plaintiff hereby dismisses with prejudice his Third Cause of Action for violation of the ADEA, which is the sole basis for federal jurisdiction of this matter, in exchange for a waiver of fees and costs; and

WHEREAS, Plaintiff hereby dismisses with prejudice all claims against Defendant JIM EWERT as an individual, in exchange for a waiver of fees and costs; and

THEREFORE, the Parties jointly request that the Court order Defendants' Rule 12(b)(6) Motion to Dismiss and their alternative 12(e) motion be withdrawn, all scheduled dates be vacated, and that the entire case be remanded to the Fresno County Superior Court pursuant to 28 U.S.C. §1447(c) so that Plaintiff may file his Second Amended Complaint therein.

LAW OFFICE OF DEAN B. GORDON

DATED: September 29, 2015        */s/ Dean B. Gordon*
                                 Attorney for Plaintiff ALAIN DUNN


BELDEN BLAINE, LLP


DATED: September 29, 2015        */s/ T. Todd Egland*
                                 Attorneys for Defendant JIM'S TOWING SERVICE, INC.

# ORDER

GOOD CAUSE appearing based upon the Stipulation of the Parties;

IT IS HEREBY ORDERED that:

1. Plaintiff's Third Cause of Action for violation of the ADEA is dismissed with prejudice in exchange for Defendants' waiver of fees and costs.

2. All of Plaintiff's claims against Jim Ewert as an individual are dismissed with prejudice in exchange for Defendants' waiver of fees and costs.

3. Defendants' Rule 12(b)(6) Motion to Dismiss and their alternative 12(e) motion are withdrawn.

4. All scheduled dates are vacated.

5. The entire case is remanded to the Fresno County Superior Court pursuant to 28 U.S.C. §1447(c), so that Plaintiff may file his Second Amended Complaint therein.

**IT IS SO ORDERED.**

Dated: October 8, 2015

Troy L. Nunley
United States District Judge

*Dunn v. Jim's Towing Service, et al.*                    1:15-cv-01055-TLN-BAM

**Stipulation and Order Remanding Entire Case to Fresno County Superior Court**